UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11837-RWZ

ONE WORLD and GABRIEL CHALEPLIS

v.

IONNIS MANOLAKOS

ORDER

August 3, 2021

ZOBEL, S.D.J.

Plaintiffs bring this action to recover funds they allege defendant misappropriated while working on their behalf. More specifically, they claim that defendant was engaged in a broad conspiracy with several individuals who are the subject of lawsuits plaintiffs are pursuing in the Eastern District of Pennsylvania and in Greece. They now ask the court to enforce subpoenas issued to two companies owned by defendant, Quick Manufacturing and Quick Properties (the "Quick Entities"), on the ground that the companies share a Greek address with another company alleged to have stolen plaintiffs' funds. (Docket # 66).

Plaintiffs' request is DENIED as the connection between the Quick Entities, which are not parties, and plaintiffs' allegations is still unclear. In addition, the subpoenas seek a broad range of materials that appear to be well beyond the scope of allegations in the complaint. Nonetheless, the parties shall cooperate to establish a

narrower range of materials that are relevant to the claims asserted. They shall report the results of that effort by August 22, 2021.

The motion to enforce subpoenas (Docket # 66) is DENIED.

_August 3, 2021_
　　　DATE

_RYA W. ZOBEL_
UNITED STATES DISTRICT JUDGE