UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11837-RWZ

ONE WORLD, LLC and GABRIEL CHALEPLIS

v.

IONNIS MANOLAKOS, et al.

ORDER

September 1, 2021

ZOBEL, S.D.J.

Plaintiffs brought this action to recover funds they claim defendant Ionnis Manolakos and others misappropriated while working on plaintiffs' behalf. Manolakos now moves to quash third-party subpoenas that plaintiffs served on four companies—Ocean City Development, LLC; 95 Management, LLC; MBC Ventures, LLC; and RG Management, LLC ("the companies")—which are alleged to have exchanged funds with Manolakos around the time of the misappropriation. (Docket # 73).[1] In response, plaintiffs oppose the motion to quash and cross-move to enforce the subpoenas, citing materials already produced by the companies that detail the timing and amount of the transfers. (Docket # 81).

The subpoenas seek an overly broad range of materials that appears to be beyond the scope of the allegations in the complaint. For example, plaintiffs seek all of the companies' leases, purchase and sale agreements, tax returns, and loan

---

[1] The companies join the motion to quash. (Docket # 73).

1

documents without confining their request to only those documents that may pertain to Manolakos. See, e.g., (Docket # 80-6 at 9 ("Any and all written leases and/or purchase/sale agreements relating to Ocean City's business operations.")). Manolakos' and the companies' joint motion to quash is therefore ALLOWED to the extent the subpoenas seek materials unrelated to alleged conduct by Manolakos or any entities he may own. (Docket # 73). Plaintiffs' cross-motion is denied as moot. (Docket # 80).[2]

September 1, 2021
DATE

*/s/ Rya W. Zobel*
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

---

[2] Manolakos' and the companies' requests for sanctions against plaintiffs' counsel as well as costs and fees are denied. (Docket ## 73, 82).

2