UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11837-RWZ

ONE WORLD, LLC and GABRIEL CHALEPLIS

v.

IONNIS MANOLAKOS, et al.

ORDER

June 9, 2022

ZOBEL, S.D.J.

In response to the motion for clarification filed by third parties, Ocean City Development, LLC, 95 Management LLC, MBC Ventures LLC, and RG Management LLC (Docket # 130), the court's May 12, 2022 order (Docket # 128) allowed plaintiff's motion to compel production of documents (Docket # 96) as requested after the court's September 1, 2021 order (Docket #98, Exhibit F).

The court anticipates that the parties will confer and cooperate with each other in the event of any additional discovery disputes. Should the parties require court intervention in the future, the court will consider appointing a discovery master, the cost of which will be borne by one or all of the parties.

June 9, 2022
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE